David L. Stout, Jr., Bar #024857
Michael R. Brown, Bar #037233
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7384
Fax: (602) 200-7809
dstout@jshfirm.com
mbrown@jshfirm.com

Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Maki Gurashi,<br><br>      Plaintiff,<br><br>v.<br><br>ATCO Rubber Products,<br><br>      Defendant. | No. TBD<br><br>**NOTICE OF REMOVAL** |

    ATCO Rubber Products ("Removing Defendant"), by and through undersigned counsel, hereby files the following Notice of Removal of this action, currently pending in the Superior Court of the State of Arizona, County of Maricopa, Cause No. CV2023-010099, to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Removing Defendant states as follows:

### PROCEDURAL HISTORY

    1.  The above-captioned case commenced when Plaintiff, Maki Gurashi, filed a Complaint in Superior Court in and for Maricopa County, on July 6, 2023 (the "Complaint"). *See* Complaint, along with complete copy of Superior Court file, attached as Exhibit 1.

    2.  Removing Defendant was served with the Complaint on July 12, 2023.

11914459.1

3. A responsive pleading on Removing Defendant's behalf has not yet been filed.

**TIMELINESS OF REMOVAL**

4. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

5. This Notice of Removal is filed within thirty (30) days after the Complaint was allegedly served on Removing Defendant and, therefore, is timely. *See* 28 U.S.C. § 1446(b)(1).

6. A Notice of Filing Notice of Removal is being filed with the Superior Court in and for Maricopa County. *See* Notice of Filing Notice of Removal (exclusive of exhibits), attached as Exhibit 2.

**BASIS OF REMOVAL**

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship. *See* 28 U.S.C. § 1332(a).

8. Plaintiff claims personal injuries as a result of Removing Defendant's alleged liability. Specifically, Plaintiff designated this matter as Tier 3 pursuant to Arizona Rule of Civil Procedure 26.2(c)(3), indicating this action involves $300,000.00 or more in damages. Additionally, the Complaint alleges that Plaintiff's was injured when a "forklift tipped over and landed on [Plaintiff's] right leg and got caught between the floor and the metal bar on the forklift, crushing [Plaintiff's] right leg from the knee to the ankle caused fractures to my leg." Accordingly, the amount in controversy exceeds $75,000.

9. According to the Complaint, Plaintiff resides in Maricopa County, Arizona, where he presumably intends to remain. He is thus considered a citizen of Arizona.

11914459.1

10.    Removing Defendant is a corporation incorporated in the State of Michigan, with its principal place of business based in Fort Worth, Texas.  Thus, Removing Defendant is considered a citizen of Michigan and Texas.

12.    Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants "who have been properly joined and served must join in or consent to the removal of the action" for all actions removed based on diversity of citizenship.  This is satisfied as Removing Defendant is in fact filing this Notice of Removal.

**WHEREFORE**, Removing Defendant requests that the above action now pending in the Superior Court in and for Maricopa County be removed to this Court.

DATED this 31st day of July, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Michael R. Brown
David L. Stout, Jr.
Michael R. Brown
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Maki Gurashi
2714 S.110th Drive
Avondale, Arizona 85323
Plaintiff Pro Per

s/Kadie G. Lewis

11914459.1