# EXHIBIT 1

Person Filing: MAKI GURASHI
Address (if not protected): 2714 S 110th DR
City, State, Zip Code: Avondale, AZ 85323
Telephone: 602-434-7740
Email Address: makigurashi1970@gmail.com
Lawyer's Bar Number: ___

COPY

JUL 06 2023
CLERK OF THE SUPERIOR COURT
DEPUTY CLERK

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

MAKI GURASHI
Name of Plaintiff

Case Number: CV2023-010099

Title: **CIVIL COMPLAINT**

ATCO Rubber Products
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☐ Other reason: ___

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is __MAKI GURASHI__

4. The Defendant in this case is __ATCO Rubber Products__

## STATEMENT OF FACTS AND BREACH

5. On September 21, 2021, I was working in ATCO Rubber Products warehouse located at
6. 4450 W Gibson Ln, Phoenix, AZ 85043. During working hours, I attempted to lift a product with
7. a forklift, and the forklift tipped over and landed on my right leg and got caught between the floor and the metal bar of the forklift, crushing my right leg from the knee
8. to the ankle caused fractures to my leg. The injury to my leg caused disability, and since then, following physicians for treatment
9. and have been unable to work after the incident.

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( ) Action was Instituted in favor of the plaintiff against defendant. The United States District
( ) Court, S.D. Florida, Cang No. 08-80161-CIV The defendant's motion was denied.
( ) _____
( ) _____
( ) _____
( ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) Right leg fracture Caused disability

Case Number: _____

( ) _____

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) $10,000,000
      life medical Coverage

( ) _____

( ) _____

( ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 07/06/2023
(Date of signature)

Malki Guroshi
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

In the Superior Court of the State of Arizona
In and for the County of _____

Case Number  CV2023-010099

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes  ☐ No

If yes, what language(s): _____

COPY
JUL 06 2023
CLERK OF THE SUPERIOR COURT
G Farbo
DEPUTY CLERK

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:
MAKI GURASHI   2714 S 110th Dr Avondale AZ, 85323   602-434-7740   makigurashi1970@gmail.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
ATCO Rubber products

(List additional Defendants on page two and/or attach a separate sheet)

**RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:**
**IMPORTANT:** Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $ 10,000,000   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

**NATURE OF ACTION**
Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☒ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*

©Superior Court of Arizona in Maricopa County   Page 1 of 3   CV10f 123022
ALL RIGHTS RESERVED

- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 119 Recovery of Damages under A.R.S. §12-514* (Please provide Plaintiff DOB ___/___/_____)
- [ ] 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 123 Hospital*
- [ ] 122 Physician D.O*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (e.g., Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Filings Only)*

## 145 & 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)*
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] 145 Special Action
- [ ] 194 Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)
- [ ] 199 Expungement
- [ ] 202 Out of State Restoration of Civil Rights
- [ ] 201 Seal Criminal Case Records (A.R.S. §13-911)

## 144 & 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review (See Lower Court Appeals cover sheet in Maricopa)
- [ ] 150 Tax Appeal (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction

Case No.

☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only*
☐ 177 Interpleader– Automobile Only*
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute – Discrimination*
☐ 185 Employment Dispute – Other*
☐ 198 Verified Rule 27(a) Petition*

☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License (Maricopa County Filings Only)
☐ 195(b) Amendment of Birth Certificate
☐ 200 Application/Motion Objecting to Foreign Subpoena
☐ 163 Other* _____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC   ☐ Election Challenge
☐ Employer Sanction   ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:
https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____
_____

**Additional Defendant(s):**

_____
_____

Person Filing: MAKI GURASHI
Address (if not protected): 2714 S 110th DR
City, State, Zip Code: Avondale, AZ 85323
Telephone: 602-434-7740
Email Address: makigurashi1970@gmail.com
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer   or   [ ] Attorney for   [ ] Plaintiff   OR   [ ] Defendant

COPY
JUL 06 2023
FOR CLERK'S USE ONLY
CLERK OF THE SUPERIOR COURT
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

MAKI GURASHI
_____
PLAINTIFF,

VS.

ATCO Rubber Products
_____
DEFENDANT.

Case Number: CV2023-010099

**CERTIFICATE OF COMPULSORY ARBITRATION**

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you DO NOT need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

[ ] **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

[X] **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____
_____
_____

SUBMITTED this 6 day of 7, 20 23.

SIGNATURE  Maki Gurashi

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 1 of 1
CV03f 120319

Person Filing: MAKI GURASHI
Address (if not protected): 2714 S 110th DR
City, State, Zip Code: Avondale, AZ 85323
Telephone: 602-434-7740
Email Address: makigurashi970@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

COPY
JUL 06 2023
CLERK OF THE SUPERIOR COURT
DEPUTY CLERK

Name of Plaintiff: MAKI GURASHI

Name of Defendant: ATCO Rubber Products

Case Number: CV2023-010099

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, MAKI GURASHI (Name of Plaintiff), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this 07/06/2023
(Date of signature)

Maki Gurashi
(Signature of Plaintiff or Plaintiff's Attorney)

Person Filing: MAKI GURASHI
Address (if not protected): 2714 S 110th DR
City, State, Zip Code: Avondale, AZ 85323
Telephone: 602-434-7740
Email Address: makigurashi1970@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

MAKI GURASHI
Name of Plaintiff

Case No.: CV2023-010099

And

ATCO Rubber Products
Name of Defendant

## SUMMONS

If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: ATCO Rubber Products
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

CLERK OF SUPERIOR COURT

JUL 06 2023

CLERK OF THE SUPERIOR COURT

*[signature]*

DEPUTY CLERK

**COPY**

By_____
        **Deputy Clerk**

**MARICOPA COUNTY SHERIFF'S OFFICE**
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

**2023 JUL 17 PM 5: 53**

Maki Gurashi
vs.
ATCO Rubber Products

**FILED
BY A. VALENZUELA, DEP**

| STATE OF ARIZONA | ) | CV2023-010099 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 23006814 |

I hereby certify that I received the within documents on the **6th** day of **July** A.D. **2023** at the hour of **4:02 PM** and served the same on the **12th** day of **July** A.D. **2023** on **ATCO Rubber Products** being said defendant(s) named in said documents, by delivering to **ATCO Rubber Products** in person, at **4450 W Gibson Lane, Phoenix, AZ 85043** at **9:20 AM** in the county of Maricopa, a copy of said **Civil Cover Sheet - New Filing Only, Summons, Civil Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 12th day of July A.D. 2023.**

| Service | $16.00 |
|---|---|
| Mileage | $16.00 |
| Total | $32.00 |

PAUL PENZONE
Maricopa County Sheriff

By _____
Deputy D Joya #S1739

B4307